UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

       v.                        Civil No. 17-cv-194-PB

NH Department of Corrections
and Ashley St. Germain

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 21, 2017. Accordingly, I dismiss all claims in this action, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2) and deny Griffin's motion for summary judgment (Doc. No. 6). Griffin's state law claims, asserting a violation of his rights under RSA § 651-A:19, IV, are dismissed without prejudice to refiling in a state court case. His federal claims are dismissed with prejudice.

    SO ORDERED.

                                      /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

Date: October 1, 2017

cc:   John R. Griffin, Jr., pro se